■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAYSHAWN JENKINS, Appellant. [995 NYS2d 913]—Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered on or about October 17, 2012, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining

that substantial justice dictated the denial of defendant's motion for resentencing, given, among other things, his criminal record, his serious history of misconduct while incarcerated, and his failure to complete a drug treatment program (*see e.g. People v Arce*, 83 AD3d 590 [1st Dept 2011]). Concur—Tom, J.P., Sweeny, DeGrasse, Feinman and Gische, JJ.